rari to consider, but did not reach, precisely this issue. See Pet. for Cert. in *Ballew* v. *Georgia*, O. T. 1977, No. 76–761, p. 2. I see no reason to suppose that this issue is any less worthy of consideration on certiorari now than it was when we accepted it in *Ballew*. For this reason, I would grant certiorari. See also *Sewell* v. *Georgia*, 435 U. S. 982 (1978) (BRENNAN, J., dissenting from dismissal of appeal); *Teal* v. *Georgia*, 435 U. S. 989 (1978) (same); *Robinson* v. *Georgia*, 435 U. S. 991 (1978) (BRENNAN, J., dissenting from vacation of judgment and remand). Barring this, I would grant this petition and summarily reverse. See *Ballew*, *supra*, at 246 (opinion of BRENNAN, J.); *Sanders* v. *Georgia*, 424 U. S. 931 (1976) (dissent from denial of certiorari).

No. 77–1203. MITCHELL *v.* BEARD, ADMINISTRATRIX. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE POWELL would grant certiorari.

No. 77–1221. FLYNN ET AL. *v.* BAUMAN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE POWELL would grant certiorari.

No. 77–1294. REEVES *v.* WAND. C. A. 7th Cir. Certiorari denied. MR. JUSTICE POWELL would grant certiorari.

No. 77–1519. LANSING BOARD OF EDUCATION ET AL. *v.* N. A. A. C. P. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 76–1172. FIRST NATIONAL BANK OF BOSTON ET AL. *v.* BELLOTTI, ATTORNEY GENERAL OF MASSACHUSETTS, 435 U. S. 765; and

No. 76–1800. UNITED STATES *v.* SOTELO ET UX., 436 U. S. 268. Petitions for rehearing denied.